UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT JACKSON,

Plaintiff

v.

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

Defendants

Case No. 2:23-cv-00124-APG-DJA

**ORDER**

This action began with a complaint under 42 U.S.C. § 1983 filed by a state prisoner. On May 22, 2023, the Court entered its order screening plaintiff Robert Jackson's civil-rights complaint, allowing some claims to proceed and dismissing others with leave to amend by June 23, 2023. (ECF No. 6). Because the Court's mail to Jackson had been returned as undeliverable, the Court also ordered Jackson to file his updated address with the Court by June 23, 2023. (*Id.*) That deadline expired, and Jackson did not file an amended complaint or file his updated address with the Court. Because it appears that Jackson has been transferred to Southern Desert Correctional Center, the Court extends **one final time** the deadlines for him to file an amended complaint and file his updated address with the Court.

IT IS THEREFORE ORDERED that plaintiff has until **July 31, 2023** to file his updated address with the Court. If plaintiff fails to timely file his updated address with the Court, this action will be subject to dismissal without prejudice.

IT IS FURTHER ORDERED that plaintiff has until **July 31, 2023** to file an amended complaint consistent with the Court's May 22, 2023, screening order. If plaintiff timely files his updated address with the Court but elects not to file an amended complaint, this action will proceed immediately only on the First Amendment retaliation and Eighth Amendment safety-needs claims.

1        IT IS FURTHER ORDERED that the Clerk of the Court will send plaintiff Robert

2   Jackson courtesy copies of this order and the Court's May 22, 2023, screening order and

3   attachments (ECF Nos. 6, 6-1) by sending them to Robert Jackson at the electronic

4   address listed with the Court for Southern Desert Correctional Center's law library.

5

6        DATED:  June 30, 2023

7                                UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28