# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Robert Jackson,<br><br>    Plaintiff<br><br>v.<br><br>Nevada Department of Corrections, et al.,<br><br>    Defendants | Case No.:  2:23-cv-00124-APG-DJA<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 22] |

Plaintiff Robert Jackson's motion to extend time **(ECF No. 22) is granted**.  Jackson's response to the defendants' motion to dismiss is due by August 9, 2024.

DATED this 10th day of July, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE