# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Robert Jackson, | Case No. 2:23-cv-00124-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| Nevada Department of Corrections, et al., | |
| Defendants. | |

Before the Court is Defendants Jeremy Bean, Charles Daniels, Frank Dreesen, James Dzurenda, Calvin Johnson, Jennifer Nash, James Scally, Brian Williams, and Julie Williams' motion to stay discovery pending the outcome of their motion to dismiss. (ECF No. 39). Plaintiff Robert Jackson did not respond to the motion, constituting his consent to the Court granting it. *See* Local Rule 7-2(d). The Court finds that Defendants have shown good cause to stay discovery. *See Schrader v. Wynn Las Vegas, LLC*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324, at *2-4 (D. Nev. Oct. 14, 2021). So, the Court grants the motion.

**IT IS THEREFORE ORDERED** that Defendants' motion to stay discovery (ECF No. 39) is **granted.** The parties shall file a renewed discovery plan and scheduling order within fourteen days of the Court's ruling on Defendants' motion to dismiss. The Clerk of Court is kindly directed to send a copy of this order to Plaintiff.

DATED: June 30, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE